## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Criminal No. 1:18-cr-00049-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. MANDA MAY ROWELL

---

Gov. Atty(s): Richard E. Rothrock :    Indictment ✔ Superseding Indictment    Information
Def. Atty(s): David J. Tarrell : In 1 Count(s) – Code Violation:
Court Reporter: Kelli Mulcahy : UNLAWFUL TRANSPORT OF FIREARMS, ETC.: 18:922(g)(1),(3) and 924(a)(2).
Interpreter: N/A : Prohibited Person in Possession of a Firearm (1s)

Date: December 12, 2019 :
Time Start: 10:01 am   Time End: 10:34 am :

---

✔ Defendant reaffirmed guilty plea to Count(s) 1s. : ✔ Court adopted findings of Final PSR
  Jury    Court guilty verdict to Count(s) :   Final PSR as amended

Minutes:

Defendant present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Total Offense Level = 23; Criminal History Category = VI; Guideline Imprisonment Range = 92 to 115 months. Parties argue appropriate sentence. Defendant allocutes. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 60 months with a 3 year term of supervised release to follow. Court recommends placement at FCI Aliceville. $100 Special Assessment.

Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk